Arbona Brothers, Plaintiffs and Appellees, v. H. C. Christianson & Co., Defendants and Appellants.

Appeal from the District Court of Ponce in a Proceeding for Opening Default in an Action for Damages.

No. 1525.—Decided March 16, 1917.

Decided on the grounds of the opinion in Case No. 1524, *Aparicio Brothers* v. *H. C. Christianson & Co., ante.*

Messrs. *R. Martínez Nadal* and *Oscar E. Frazer* for the appellants.

Mr. *José Tous Soto* for the appellees.

Mr. Justice Wolf delivered the opinion of the court.

*Dismissed.*

Chief Justice Hernández and Justices del Toro, Aldrey and Hutchison concurred.